stantial federal question.

No. 87–86.   WILDERMUTH v. PENNSYLVANIA.   Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 87–126.   ARCHDIOCESAN SCHOOL OFFICE ET AL. v. COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES.   Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 87–141.   POE, JUDGE OF THE 228TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS v. COLLIER.   Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 87–156.   BURNS ET AL. v. CHISUM INDEPENDENT SCHOOL DISTRICT ET AL.   Appeal from Ct. App. Tex., 6th Dist., dismissed for want of substantial federal question.

No. 87–158.   BEREZOSKI v. OHIO.   Appeal from Ct. App. Ohio, Montgomery County, dismissed for want of substantial federal question.

No. 87–237.   RHINEHART ET AL. v. TRIBUNE PUBLISHING CO., INC., ET AL.   Appeal from Ct. App. Wash. dismissed for want of substantial federal question.

No. 86–1915.   BOHEMIAN CLUB v. FAIR EMPLOYMENT AND HOUSING COMMISSION ET AL.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question. JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 86–2040.   KAVANAGH v. COVEN.   Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction.